IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH BROOKS,

    Plaintiff,

vs.

VALLEJO CITY UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. 2:12-cv-1466-GEB-EFB PS

AMENDED ORDER[1]

On March 11, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. The City defendants filed objections on March 25, 2013 to the recommendation that their motion for sanctions be denied. Plaintiff filed objections on March 27, 2013 to the recommendation that defendants' motions to dismiss be granted without leave to amend. Those objections were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

---

[1] This order is amended to reflect that plaintiff filed objections and that they were considered by the undersigned.

1

Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 11, 2013, are ADOPTED;

2. Defendants' motions to dismiss, Dckt. Nos. 7 and 16, is granted;

3. This case is dismissed in its entirety without leave to amend;

4. The City defendants' motion for sanctions, Dckt. No. 10, is denied;

5. The Status Conference currently set for April 17, 2013, is vacated; and

6. The Clerk is directed to close the case.

Dated: March 28, 2013

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```